UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON R. SULLIVAN,

    Plaintiff,

v.

WILLIAM AURICH et al.,

    Defendant.

Case No. C21-5433-TSZ-SKV

ORDER DENYING MOTION TO SUBMIT DECLARATIONS

  Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The Court, having reviewed Plaintiff's Motion to Submit Declarations (Dkt. 6), hereby ORDERS as follows:

  (1) Plaintiff's Motion is DENIED.

  (2) The declarations (Dkt. 6-1) submitted with Plaintiff's Motion are hereby stricken from the record.

  (3) There is currently no context in which the Court can consider the declarations. Plaintiff may resubmit the declarations as evidence in support of or in opposition to a dispositive motion at a later date.

  / / /

ORDER DENYING MOTION TO SUBMIT
DECLARATIONS - 1

(4) The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 28th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER DENYING MOTION TO SUBMIT DECLARATIONS - 2