UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON R. SULLIVAN,<br><br>                    Plaintiff,<br><br>      v.<br><br>WILLIAM AURICH et al.,<br><br>                    Defendant. | Case No. C21-5433-TSZ-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff moves the Court for leave to amend his Complaint. *See* Dkt. 9. A party may amend a pleading once as a matter of course within twenty-one days after serving it. Fed. R. Civ. P. 15(a)(1)(A). Plaintiff served his Complaint on July 15, 2021. Dkts. 10–18. He is therefore within the twenty-one-day window for amending it once as a matter of course, and his Motion to Amend Complaint (Dkt. 9) is GRANTED. The Clerk is directed to file Plaintiff's proposed Amended Complaint (Dkt. 9).

Dated this 19th day of July, 2021.

Ravi Subramanian
Clerk of Court

By: M Williams
Deputy Clerk

MINUTE ORDER - 1