UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON R. SULLIVAN,

     Plaintiff,

 v.

WILLIAM AURICH et al.,

     Defendants.

Case No. C21-5433-TSZ-SKV

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

On October 29, 2021, Plaintiff filed a Motion for Extension of Time, Dkt. 64, asking the Court to extend the proceedings in this matter until December 2, 2021, because Plaintiff has been transferred to another prison and is unable to proceed in this action without his "materials and legal documents." *Id.* at 1.  At that time, there were two other motions pending before the Court: (1) Defendant Aurich's and Defendant Nelson's Motion for Judgment on the Pleadings, Dkt. 27, which sought their dismissal from this action and was ready for the Court's consideration on September 24, 2021; and (2) Plaintiff's Motion for Partial Summary Judgment against Defendants Aurich and Nelson, Dkt. 46, the consideration of which the Court stayed on October 19, 2021, pending its ruling on Defendants' Motion, *see* Dkt. 62.

ORDER DENYING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME - 1

On November 23, 2021, the Court entered a Report and Recommendation, Dkt. 67, which recommends (1) granting Defendants' pending Motion for Judgment on the Pleadings and dismissing Defendants Aurich and Nelson from this case without prejudice; and (2) denying Plaintiff's pending Motion for Partial Summary Judgment against Defendants Aurich and Nelson as moot. Objections to the Court's Report and Recommendation are due December 14, 2021, *id.* at 15—twelve days after Plaintiff's requested extension date has passed. Further, those objections are currently all that require the parties' attention in this case.

Given this, the Court DENIES Plaintiff's Motion for Extension of Time, Dkt. 64. If Plaintiff still believes that, given his recent transfer, he needs more time to object to the Court's Report and Recommendation, the Court instructs him to file a new motion to extend the objections deadline.

Dated this 23rd day of November, 2021.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge