UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON R. SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM AURICH et al.,<br><br>　　　　　　Defendants. | Case No. C21-5433-TL-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On April 8, 2022, Plaintiff filed a Motion to Stay this matter pending the duration of his transfer to King County Jail for an April 21, 2022, court date. Dkt. 79. The Motion to Stay notes on April 29, 2022. *See id.* Objections to the Court's pending Report and Recommendation are currently due on April 16, 2022. *See* Dkt. 75. To permit Defendants adequate time to respond to the Motion and the Court adequate time to rule on it prior to the Objections deadline passing, the Court hereby extends the Objections deadline to May 13, 2022.

Dated this 14th day of April, 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By: s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1