1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
23
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON R. SULLIVAN,

            Plaintiff,

    v.

WILLIAM AURICH, *et al.*,

            Defendants.

Cause No. C21-5433-RSL-SKV

ORDER ADOPTING
REPORT AND
RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation of the Honorable

S. Kate Vaughn, United States Magistrate Judge. Dkt. # 67. Despite being granted an extension,

a continuance, and a stay (Dkt. # 72, 75, and 85), plaintiff has neither responded to the Report

and Recommendation nor filed a status report regarding his whereabouts and his access to his

legal materials. The stay expired on November 14, 2022. Having reviewed the record in the

above-captioned matter, the Court adopts the Report and Recommendation. Defendants' motion

for judgment on the pleadings (Dkt. # 27) is GRANTED and the claims against defendants

William Aurich and Eric Nelson are hereby DISMISSED without prejudice.

//

//

ORDER - 1

1    This case is referred back to Judge Vaughn for all pretrial matters consistent with this

2    Order.

3

4

5    Dated this 18th day of November, 2022.

6

7    *MrS Lasnik*

8    Robert S. Lasnik
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

23

25

26

27

28

ORDER - 2