UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON R. SULLIVAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM AURICH et al.,<br><br>　　　　　　　Defendants. | Case No. C21-5433-RSL-SKV<br><br>ORDER EXTENDING TIME TO FILE REPLY |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. On December 14, 2022, Plaintiff filed a motion to stay these proceedings on the ground that he is "suffering pain in his writing hand." Dkt. 90 at 4. In his motion, Plaintiff requests the Court to "take into consideration [his] hand injury" and to allow him additional time for filing a reply brief to Defendants' opposition. Dkt. 90 at 5. Without opining on the merits of his motion to stay, the Court agrees an extension is appropriate and hereby ORDERS:

(1) Plaintiff shall have up to and including January 13, 2023 to file a reply brief that responds to Defendants' opposition to his motion to stay, Dkt. 92.

(2) The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

/ / /

ORDER EXTENDING TIME TO FILE REPLY - 1

1    Dated this 5th day of January, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER EXTENDING TIME TO FILE REPLY - 2