UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON R. SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM AURICH, et al.,<br><br>　　　　　Defendants. | Case No. C21-5433-RSL-SKV<br><br>ORDER |

　　　　Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

　　　　(1)　　The Court ADOPTS the Report and Recommendation.

　　　　(2)　　Defendants' Motion for Summary Judgment, Dkt. 97, is GRANTED.

　　　　(3)　　This case is DISMISSED with prejudice.

/ / /

/ / /

/ / /

ORDER - 1

1       (4)    The Clerk is directed to send copies of this Order to the parties and to Judge

2  Vaughan.

3       Dated this 16th day of May, 2023.

                                            /s/ Robert S. Lasnik

                                            ROBERT S. LASNIK
                                            United States District Judge

ORDER - 2